IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NOTHERN DIVISION

NO. 2:12-CR-10-3D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) **ORDER TO SEAL** |
| | ) |
| JEROME REID | ) |
| | ) |
| Defendant | ) |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 254 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 26 day of June, 2018.

JAMES C. DEVER, III
Chief United States District Judge