IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-cr-10-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEROME REID, | ) | |
| | ) | |
| Defendant. | ) | |

On motion of the United States, and for good cause shown, it is hereby ORDERED that DE-272 be sealed until further notice by this Court.

IT IS SO ORDERED.

This **16** day of August, 2021.

JAMES C. DEVER III
United States District Judge

1