UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jerome Reid                                Docket No. 2:12-CR-10-3D

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jerome Reid, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 16, 2013, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Jerome Reid was released from custody on May 10, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Reid has agreed to participate in a cognitive behavioral program to enhance his eligibility for early termination of supervised release. He also signed a Waiver of Hearing agreeing to the proposed modification of supervision. As such, it is respectfully recommended that Reid's supervised release conditions be modified accordingly.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
Phone: 252-335-5508
Executed On: January 21, 2026

### ORDER OF THE COURT

Considered and ordered this __22__ day of __January__, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge